UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:18-cv-00143-FDW

| | |
|---|---|
| BRANDIS JORDAN, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )    **ORDER**<br>) |
| FNU DAVES, et al., | )<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER** is before the Court on Plaintiff's Motion for Entry of Default [Doc. 16] and Plaintiff's Motion for Default Judgment [Doc. 17] against Defendant FNU Daves, based on Plaintiff's contention that Defendant Daves has "failed to plead or otherwise defend." The motions are denied, as Defendant Daves has not yet been served with summons and complaint. [See Docs. 13, 18, 20].

**IT IS THEREFORE ORDERED** that:

(1) Plaintiff's Motion for Entry of Default [Doc. 16] is **DENIED**.

(2) Plaintiff's Motion for Default Judgment [Doc. 17] is **DENIED**.

Signed: July 22, 2019

Frank D. Whitney
Chief United States District Judge