# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## 5:18-cv-00143-FDW

| | |
|---|---|
| BRANDIS JORDAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| FNU DAVES, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on its own motion on Plaintiff's filing of "Requests for Production of Documents." [Doc. 26].

The Plaintiff has filed with the Court discovery directed to the Defendants in this matter. [Doc. 26].

As stated in the Pretrial Order and Case Management Plan entered in this case on July 22, 2019, the Plaintiff is advised that discovery requests should not be filed with the Court. [Doc. 23 at 2]. This, and all future discovery requests, must be served on the opposing party. [See id.].

**IT IS, THEREFORE, ORDERED** that:

Plaintiff's Requests for Production of Documents" [Doc. 26] be stricken from the record in this matter.

Signed: August 19, 2019

_____
Frank D. Whitney
Chief United States District Judge