# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION
### 5:18-cv-00143-FDW

| | |
|---|---|
| BRANDIS JORDAN, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) **ORDER** |
| | ) |
| FNU DAVES, et al., | ) |
| | ) |
| **Defendants.** | ) |
| _____ | ) |

**THIS MATTER** is before the Court on its own motion on Plaintiff's filing of various discovery requests. [Docs. 30, 30-1, 30-2].

The Plaintiff has again filed with the Court discovery directed to the Defendants in this matter. [Docs. 30, 30-1, 30-2]. As instructed in the Pretrial Order and Case Management Plan entered in this case on July 22, 2019, and in the Court's Order striking Plaintiff's previous discovery request, the Plaintiff is again advised that discovery requests should not be filed with the Court. [Doc. 23 at 2; Doc. 30]. This, and all future discovery requests, must be served on the opposing party. [See id.]. The Court also notes that since the Plaintiff filed the discovery requests that are the subject of this Order, the Court appointed the N.C. Prisoner Legal Services (NCPLS) to conduct discovery on the Plaintiff's behalf. [Doc. 31]. The NCPLS has filed a notice of appearance in this case for that limited purpose. [Doc. 32].

**IT IS, THEREFORE, ORDERED** that Plaintiff's discovery requests [Docs. 30, 30-1, 30-2] are hereby **STRICKEN** from the record in this matter.

Signed: September 16, 2019

_____

Frank D. Whitney
Chief United States District Judge