UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:18-cv-00143-FDW

| | |
|---|---|
| BRANDIS JORDAN, | ) |
| Plaintiff, | ) |
| vs. | ) ORDER |
| FNU MCNEMAR, | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on its own motion on Plaintiff's filing of a "Motion to Hosted A Settlement Conference." [Doc. 45].

The Court construes Plaintiff's motion as a request for this Court to hold a judicial settlement conference pursuant to Local Civil Rule 16.3(d)(1). The Court, therefore, hereby instructs Defendant FNU McNemar that, within ten (10) days of this Order, he shall notify the Court as to whether he consents to a judicial settlement conference in this matter.

**IT IS SO ORDERED**.

Signed: March 3, 2020

Frank D. Whitney
Chief United States District Judge