# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## 5:18-cv-00143-FDW

| | |
|---|---|
| BRANDIS JORDAN | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | )       **ORDER** |
| | ) |
| **FNU MCNEMAR,** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

**THIS MATTER** is before the Court on Plaintiff's filing of a "Motion to Hosted A Settlement Conference." [Doc. 45].

Plaintiff has moved for a settlement conference with the Defendant FNU McNemar. [Doc. 45]. The Court construed Plaintiff's motion as a request for this Court to hold a judicial settlement conference pursuant to Local Civil Rule 16.3(d)(1) and instructed Defendant McNemar to notify the Court within 10 days as to whether he consents to a judicial settlement conference in this matter. [Doc. 47]. Defendant McNemar has responded, declining a judicial settlement conference, noting that "given the questions of law and lack of genuine issues of material fact, the parties would likely reach an impasse at a settlement conference." [Doc. 48 at 2]. The Court, therefore, will deny Plaintiff's motion.

**IT IS HEREBY ORDERED** that Plaintiff's motion [Doc. 45] is **DENIED WITHOUT PREJUDICE.**

Signed: March 14, 2020

Frank D. Whitney
Chief United States District Judge