UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:18-cv-00143-MR

| | |
|---|---|
| BRANDIS JORDAN,　　　　　　　　) | |
| 　　　　　　　　　　　　　　　　　) | |
| 　　　　　Plaintiff,　　　　　　　) | |
| 　　　　　　　　　　　　　　　　　) | |
| vs.　　　　　　　　　　　　　　　) | |
| 　　　　　　　　　　　　　　　　　) | **ORDER** |
| BRUCE MCNEMAR,　　　　　　　　　) | |
| 　　　　　　　　　　　　　　　　　) | |
| 　　　　　Defendant.　　　　　　　) | |

**THIS MATTER** is before the Court on Defendant's Motion to File Exhibit Manually. [Doc. 63]. For the reasons stated in Defendant's motion,

**IT IS HEREBY ORDERED** that Defendant's motion [Doc. 63] is **GRANTED.** Defendant shall have fourteen (14) days from this Order in which to manually file Exhibit C to the Declaration of Eric Dye with the Court.

**IT IS FURTHER ORDERED** that Exhibit C shall be submitted on a thumb drive addressed to the attention of "PSLC1." If Defendants fail to file Exhibit C in accordance with this Order, it may not be considered by the Court in adjudicating Defendant's motion for summary judgment.

Signed: July 29, 2020

Martin Reidinger
Chief United States District Judge