# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| BRANDIS JORDAN, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 5:18-cv-00143-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| BRUCE MCNEMAR, | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 18, 2021 Memorandum of Decision and Order.

February 18, 2021

Frank G. Johns, Clerk
United States District Court